UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANISLAU ZIGRI, | : | CIVIL ACTION NO. 3:CV-07-0140 |
| | : | |
| Plaintiff | : | (Judge Nealon) |
| | : | |
| v. | : | FILED |
| | : | SCRANTON |
| VICTOR A. WILLIAMS, JR., | : | |
| | : | MAR 1 2 2007 |
| Defendant | : | PER_____ DEPUTY CLERK |

## ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Branislau Zigri, an inmate at the State Correctional Institution, Greensburg,
Pennsylvania, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.
The only named Defendant is Victor A. Williams, Jr., a correctional officer
employed at the State Correctional Institution, Camp Hill, Pennsylvania. Aside
from naming this Defendant, the complaint contains no factual allegations
whatsoever. Thus, by Order dated February 7, 2007, Zigri's complaint was
dismissed for failure to comply with Fed.R.Civ.P. 8, and for failure to state a
claim upon which relief may be granted. (Doc. 6). The Plaintiff was then granted
twenty (20) days from the date of the Court's Order to file an amended complaint
setting forth his claims in conformity with Rule 8. Id. The Order further

provided that if Zigri failed to file an amended complaint the case would be dismissed and the Clerk of Court directed to close the case. Id.

Although the time in which to file an amended complaint has expired, Zigri has neither filed an amended complaint nor requested an extension of time within which to do so. Consequently, in light of Zigri's failure to comply with this Court's Order, his case will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and the Clerk of Court directed to close the case.

AND NOW, THIS 12th DAY OF MARCH, 2007, IT IS HEREBY ORDERED THAT:

1.   This case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order.

2.   The Clerk of Court is directed to **CLOSE** this case.

3.   Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

s/ William J. Nealon
**United States District Judge**